## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Desiree Analiese Winfield | | | DISTRICT JUDGE: Paul L. Maloney |
|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:17-cr-176 | 2/20/2018 | 1:33 p.m. - 1:59 p.m. | Kalamazoo | |

### APPEARANCES

| Government: Kate Zell | Defendant: Roman J. Kosiorek | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendre
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ☐)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☑ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: 2 months
Probation: n/a
Supervised Release: 2 years
Fine: $ 0.00
Restitution: $ 72,619.95
Special Assessment: $ Remitted

Plea Agreement Accepted: ☑ Yes ☐ No
Defendant informed of right to appeal: ☑ Yes ☐ No
Counsel informed of obligation to file appeal: ☑ Yes ☐ No
Conviction Information:
   Date: 10/5/2017
   By: Plea
   As to Count (s): 8 of the Indictment

**ADDITIONAL INFORMATION:**
Counts 1, 7, and 9 are dismissed upon motion by the government; Special Assessment remitted upon motion by the government; to surrender by 12:00 p.m. (noon) on 2/21/2018

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Digitally Recorded | **Case Manager:** A. Redmond |