UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:  Desiree Analiese Winfield                Case Number: 1:17:CR:176-13

Name of Sentencing Judicial Officer: The Honorable Paul L. Maloney
                                     U.S. District Judge

Date of Original Sentence: February 20, 2018

Original Offense: Bank Fraud;
                  18 U.S.C. § 1344(2)

Original Sentence: 2 months imprisonment and 2 years supervised release. Special Conditions: (1) substance abuse treatment/testing; (2) mental health treatment; (3) no use/possession of controlled substances without a valid prescription; (4) financial disclosure; and (5) first 4 months at a Residential Reentry Center. Restitution, $72,619.95 (balance $72,619.95). Special Assessment remitted.

Type of Supervision: Supervised Release            Date Supervision Commenced: April 16, 2018
                                                              Expiration Date: April 15, 2020

Assistant U.S. Attorney: Christopher M. O'Conner        Defense Attorney: Roman J. Kosiorek

PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number 1**

**Special Condition Number 5: "For the first 4 months of supervision you will reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP). While at the RRC, you will abide by all rules and regulations of the program and shall receive work release at the direction of the probation officer."**

On or about May 13, 2018, Ms. Winfield failed to follow RRC rules and regulations.

**Nature of Noncompliance for Violation 1**

According to the Community Alternative Program (CAP) incident report (IR), on May 13, 2018, Ms. Winfield signed out of the RRC at 9:18 a.m. on a pass to go to work at McDonalds. Ms. Winfield was supposed to return to the RRC at 8:00 p.m. On this day, at 2:32p.m., RRC staff spoke with a supervisor at

McDonalds, and was informed Ms. Winfield called in sick and did not show up to work. RRC staff contacted Ms. Winfield's aunt, who agreed to have Ms. Winfield call the RRC front desk. Ms. Winfield called the front desk at 2:50 p.m. stating she worked on this day, but left work at 2:00 p.m. She stated she was waiting for the bus at Meijer. Ms. Winfield arrived back to the RRC at 3:14 p.m. Her whereabouts were unknown from 9:18 a.m. to 3:14 p.m., and she was found to be in violation of Escape.

**Violation Number 2**

**Special Condition Number 5: "For the first 4 months of supervision you will reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP). While at the RRC, you will abide by all rules and regulations of the program and shall receive work release at the direction of the probation officer."**

On or about May 14, 2018, Ms. Winfield failed to follow RRC rules and regulations.

**Nature of Noncompliance for Violation 2**

According to the CAP IR, on or about May 14, 2018, RRC staff called a cellphone they believed Ms. Winfield possessed. Ms. Winfield answered the cellphone, and staff entered her room and asked for the cellphone. Ms. Winfield denied having a cellphone, and refused to sit in the lobby while the room was being searched. After being instructed several times to do so, Ms. Winfield eventually went to sit in the lobby, and stated, "You're not going to find the phone, I know where it is." Ms. Winfield was found to be in violations of Destroying and/or Disposing of any Item During a Search or Attempt to Search, and Refusing to Obey an Order of any Staff Member.

**Violation Number 3**

**Special Condition Number 5: "For the first 4 months of supervision you will reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP). While at the RRC, you will abide by all rules and regulations of the program and shall receive work release at the direction of the probation officer."**

On or about May 16, 2018, Ms. Winfield failed to follow RRC rules and regulations.

**Nature of Noncompliance for Violation 3**

According to the CAP IR, Ms. Winfield signed out for work at Hutchinson, Grand Rapids, Michigan, on April 24 and 25, 2018. She also signed out for work at Spectrum Industries, Grand Rapids, Michigan, on April 30 and May 3, 2018. Ms. Winfield failed to pay subsistence for the income she received a required per RRC rules and regulations, and was found to be in violation of Violating a Condition of a Community Program.

**Violation Number 4**

**Special Condition Number 5: "For the first 4 months of supervision you will reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP). While at the RRC, you will**

abide by all rules and regulations of the program and shall receive work release at the direction of the probation officer."**

On or about May 24, 2018, Ms. Winfield failed to follow RRC rules and regulations.

**Nature of Noncompliance for Violation 4**

According to the CAP IR, on May 24, 2018, Ms. Winfield signed out of the RRC at 5:35 p.m. on a pass to go to work at McDonalds from 6:00 p.m. to 10:00 p.m. On May 25, RRC staff spoke with a supervisor at McDonalds, and was informed Ms. Winfield did not work on May 24. Ms. Winfield was found to be in violation of Escape.

**Violation Number 5**

**Special Condition Number 5: "For the first 4 months of supervision you will reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP). While at the RRC, you will abide by all rules and regulations of the program and shall receive work release at the direction of the probation officer."**

On or about May 25, 2018, Ms. Winfield failed to follow RRC rules and regulations.

**Nature of Noncompliance for Violation 5**

According to the CAP IR, on May 25, 2018, RRC staff received a telephone call from an individual purporting to be a supervisor at McDonalds. The individual reported to staff Ms. Winfield was at work from 6:45 p.m. to 9:45 p.m. on May 24, 2018. RRC staff called back 10 minutes later asking to speak with the individual, and was informed by another supervisor that the individual was not there that day. RRC staff informed the supervisor that they received a call at 8:33 a.m. from someone claiming they were a supervisor, and, confirming Ms. Winfield was at work on May 24. The supervisor informed RRC staff Ms. Winfield was not at work last night, and Ms. Winfield asked to use her phone the morning of May 25, to call the RRC to let them know she was at work. Ms. Winfield was found to be in violation of Lying or Providing False Statement to a Staff Member.

**Violation Number 6**

**Special Condition Number 2: "You must participate in a program of mental health treatment, as directed by the probation officer, and follow the rules and regulations of that program, until such time as you are released from the program by the probation officer, and must pay at least a portion of the cost according to your ability, as determined by the probation officer."**

Ms. Winfield failed to attend mental health treatment on May 3 and May 29, 2018.

**Nature of Noncompliance for Violation 6**

Ms. Winfield was referred to Cherry Health in Grand Rapids, Michigan for mental health and substance abuse treatment. She completed an assessment on April 26, 2018, at which time individual therapy was

recommended. According to treatment provider records, Ms. Winfield failed to appear for individual therapy on May 3 and May 29, 2018, as directed.

**Previous Violations**

None.

**U.S. Probation Officer Recommendation:**

The Supervised Release should be
    [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2018

| Approved, | Respectfully submitted, |
|---|---|
| by /s/ Scott M. Lopofsky<br>Scott M Lopofsky<br>Supervisory U.S. Probation Officer<br>Date: June 12, 2018 | by /s/Keonna L. Cruzado<br>Keonna L Cruzado<br>U.S. Probation Officer<br>Date: June 12, 2018 |

THE COURT ORDERS:

☐    No Action
☒    The Issuance of a Warrant
☐    The Issuance of a Summons
☐    Other

    /s/ Paul L. Maloney
The Honorable Paul L. Maloney
U.S. District Judge

    June 13, 2018
Date